IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:99CR229** |
| v. | |
| RIGOBERTO JIMENEZ, JR., | **ORDER** |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 40) pursuant to Federal Rule of Criminal Procedure 48(a).  The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) as it relates to Rigoberto Jimenez, Jr.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 40) is granted.
2. The Indictment (Filing No. 1) is dismissed without prejudice as to defendant Rigoberto Jimenez, Jr.

Dated this 29th day of June 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge